No. 6,881.—JOSEPH JANY, Appellant, *v.* HELEN JANY, Respondent.

Decided June 6, 1931.

PER CURIAM.—Respondent's motion to dismiss the appeal herein because of the failure of appellant to file the record on appeal in this court within the time required by law and the rules of this court, is sustained and the appeal accordingly dismissed.

*Mr. William B. Frame* and *Mr. M. J. Doepker,* for Appellant.

*Mr. H. C. Hopkins,* for Respondent.